IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMITÉ DE APOYO A LOS | : | CIVIL ACTION |
| TRABAJADORES AGRICOLAS, et al. | : | |
| v. | : | |
| THOMAS E. PEREZ, Secretary of the | : | NO. 14-2657 |
| Department of Labor, et al. | : | |

ORDER

AND NOW, this 23rd day of July, 2014, it is hereby ORDERED that Plaintiffs' Motion for Summary Judgment (Doc. No. 6) is DENIED, and this action shall be DISMISSED without prejudice. The claims for relief presented in this action are not justiciable.

It is FURTHER ORDERED that Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction (Doc. No. 5) is DENIED as moot.

Furthermore, the CLERK OF COURT is DIRECTED to mark this action CLOSED for statistical purposes.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.